# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN BARBOSA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV65 |
| | ) | |
| V. | ) | |
| | ) | |
| GOLDEN CORRAL CORPORATION, GOLDEN CORRAL RESTAURANT, B & D FOODS LLC, and CNL NET LEASE FUNDING 2001 LP, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2). After reviewing the request, I shall waive prepayment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED February 9, 2016.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**