# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN BARBOSA,<br><br>                Plaintiff,<br><br>vs.<br><br>GOLDEN CORRAL CORPORATION,<br>GOLDEN CORRAL RESTAURANT,<br>B & D FOODS LLC, CNL NET LEASE<br>FUNDING 2001 LP, AND NINE18, LLC,<br><br>                Defendants. | 8:16CV65<br><br>ORDER |

This matter is before the Court on Plaintiff Juan Barbosa's Motion to Dismiss Improper Party (Filing No. 16) ("Motion"). The Plaintiff asks this Court to dismiss Defendant Golden Corral Restaurant from the above-captioned action, without prejudice. Under Federal Rule of Civil Procedure 21, a court may "[o]n motion or on its own motion, . . . at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. The Court has reviewed the Motion and finds that it should granted. Accordingly,

IT IS ORDERED:

1. Plaintiff Juan Barbosa's Motion to Dismiss Improper Party (Filing No. 16) is granted;

2. Defendant Golden Corral Restaurant is dismissed from the above-captioned action, without prejudice;

3. The Clerk of the Court is directed to remove Golden Corral Restaurant from the case caption; and

4. The Court will not assess costs or attorney's fees.

Dated this 5th day of April, 2016.

                                            BY THE COURT:

                                            s/Laurie Smith Camp<br>
                                            Chief United States District Judge