# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN BARBOSA,<br><br>    Plaintiff,<br><br>vs.<br><br>GOLDEN CORRAL CORPORATION,<br>GOLDEN CORRAL RESTAURANT,<br>B & D FOODS LLC, CNL NET LEASE<br>FUNDING 2001 LP, AND NINE18, LLC,<br><br>    Defendants. | 8:16CV65<br><br>ORDER |

This matter is before the Court on Plaintiff Juan Barbosa's Motion to Dismiss Improper Party (Filing No. 11) ("Motion"). The Plaintiff asks this Court to dismiss Defendant B & D Foods LLC from the above-captioned action, without prejudice. Under Federal Rule of Civil Procedure 21, a court may "[o]n motion or on its own motion, . . . at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. The Court has reviewed the Motion and finds that it should granted. Accordingly,

IT IS ORDERED:

1. Plaintiff Juan Barbosa's Motion to Dismiss Improper Party (Filing No. 11) is granted;

2. Defendant B & D Foods, LLC is dismissed from the above-captioned action, without prejudice;

3. The Clerk of the Court is directed to remove B & D Foods LLC from the case caption; and

4. The Court will not assess costs or attorney's fees.

Dated this 20th day of April, 2016

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge